IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BERNICE BARNES**,

           *Plaintiff*,

v.

**KILOLO KIJAKAZI**, *Acting Commissioner of Social Security*

           *Defendant*.

Cause No. 3:21-CV-642-CWR-LGI

### ORDER

Before the Court is Magistrate Judge LaKeysha Greer Isaac's Report & Recommendation, Docket No. 12, which recommends that the Social Security Agency's decision denying Disability Insurance Benefits to the Plaintiff be affirmed. The Report & Recommendation was entered on January 24, 2023 and informed the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *See* Docket No. 12 at 11; *see also* Fed. R. Civ. P. 72(b)(2).

Having received no submission of written objections by any party, this Court hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is **DISMISSED** with prejudice. A separate final judgment shall issue this day.

**SO ORDERED**, this the 15th day of February, 2023.

           s/ Carlton W. Reeves
           UNITED STATES DISTRICT JUDGE